FILED

12/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0563

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0563

_____

IN RE THE PARENTING PLAN OF:
S.N.,

ROBERT NEWHOUSE,

       Petitioner and Appellee,                    O R D E R

v.

MARION KEEZER, k/n/a MARION  SCOTT

       Respondent and Appellant.

_____

Appellant Marion Keezer, k/n/a Marion Scott was granted an extension of time to file and serve the opening brief on or before December 7, 2022.  The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 3, 2023.  Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 14 2022